**IN THE COURT OF APPEALS OF IOWA**

No. 13-1994
Filed August 13, 2014

**IN RE THE MARRIAGE OF KRISTOFOR K. KEPPY
AND ANGELA K. KEPPY**

**Upon the Petition of
KRISTOFOR K. KEPPY,**
        Petitioner-Appellant,

**And Concerning
ANGELA K. KEPPY,**
        Respondent-Appellee.

_____

        Appeal from the Iowa District Court for Scott County, Gary D. McKenrick,

Judge.


        Petitioner appeals the dissolution decree awarding physical care of the

parties' children to respondent.  **AFFIRMED.**


        Robert S. Gallagher of Gallagher, Millage & Gallagher, P.L.C., Bettendorf,

for appellant.

        M. Leanne Tyler of Tyler & Associates, P.C., Davenport, for appellee.


        Considered by Vaitheswaran, P.J., and Doyle and McDonald, JJ.

**MCDONALD, J.**

Kristofor Keppy appeals from the decree of dissolution of marriage entered November 14, 2013. On appeal, Kristofor contends the district court erred in not awarding the parties joint physical care of the parties' two children, erred in awarding Angela Keppy primary care of the parties' children, and abused its discretion in awarding Angela attorney's fees. We review the district court's findings and conclusions de novo. *See In re Marriage of Brown*, 776 N.W.2d 644, 647 (Iowa 2009) (applying de novo review). "We review a district court's decision on attorney fees for abuse of discretion." *In re Marriage of Michael*, 839 N.W.2d 630, 635 (Iowa 2013).

This appeal presents only the application of well settled rules of law to a recurring fact situation and a full opinion would not augment or clarify existing case law. We conclude the district court's findings are supported by the record and its conclusions are without error. We adopt the district court's findings and conclusions as our own. We also conclude the district court did not abuse its discretion in awarding Angela attorney's fees.

The judgment of the district court is affirmed without further opinion. *See* Iowa Ct. R. 21.29(1)(a), (d), and (e). Court costs and fees shall be assessed to Kristofor. Each party shall be responsible for their respective attorney fees.

**AFFIRMED.**